```
1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Telephone: (510) 763-9967
   Facsimile:  (510) 380-6551
4  rsp@rspollocklaw.com

5  Counsel for Defendant
   CHRISTINA BURDEN
6
```

FILED

Jun 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:21-mj-70194-MAG |
| Plaintiff, | |
| vs. | SUBSTITUTION OF COUNSEL; PROPOSED ORDER |
| CHRISTINA BURDEN | |
| Defendant. | |

NOTICE IS HEREBY GIVEN THAT, subject to approval by the Court, Christina Burden substitutes as counsel of record Randy Sue Pollock in place of Michael Levinsohn.

I consent to the above substitution
Date: 6/14/21

Christina Burden

I consent to being substituted.
Date: 6-14-2021

Michael Levinsohn

I consent to the above substitution

Date: 6/14/2021

Randy Sue Pollock

The substitution of attorney is hereby approved and ORDERED.

Date: June 16, 2021

United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu

2